COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

JERRY-JACOB JAMES CORONA, § No. 08-23-00116-CR
    Appellant,

§ Appeal from the

v. § 81st/218th Judicial District Court

THE STATE OF TEXAS, § of Atascosa County, Texas

    Appellee. § (TC# 22-01-0002-CRA)

**O R D E R**

On September 13, 2024, this Court affirmed Appellant Jerry-Jacob James Corona's conviction. Appellant's appointed counsel has been permitted to withdraw. Appellant has filed a *pro se* motion for access to the appellate record. On September 25, 2023, Appellant was provided the Clerk's Record and Reporter's Record. He now requests copies of the record filed with our Court after that date, specifically the record of pre-trial hearings.

Therefore, it is ORDERED that the Clerk of this Court, forward a copy of first, second, and third supplemental reporter's record to the Warden of the Garza East Unit, 4304 Highway 202, Beeville, Texas 78102. The record, having been filed in electronic format, will be provided in CD format, and it shall be made available to Appellant Jerry-Jacob James Corona (TDCJ #02435470), under the supervision of the Warden or designated custodian of records for his review and use in preparing any filings with this court

1

IT IS SO ORDERED THIS 28TH DAY OF OCTOBER 2024.

PER CURIAM[1]

Before Alley, C.J., Palafox and Soto, JJ.

---

[1] Pursuant to Texas Rule of Appellate Procedure 10.4(a) the motion ruled on through this Order may have been decided by a single Justice sitting on the panel.